JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SACV 13-0575-DOC (JPRx)            Date: March 13, 2014

Title: PAUL M. SALMAS v. PORTFOLIO RECOVERY ASSOCIATES, LLC

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING COMPLAINT WITH PREJUDICE**

On February 24, 2014, this Court dismissed this action in its entirety without prejudice. Minute Order, February 24, 2014 (Dkt. 28). The Court ordered Plaintiff to file a Second Amended Complaint, if at all, on or before March 10, 2014. *Id.* at 2. Furthermore, the Court warned that "[i]f Plaintiff does not file an amended complaint, this Court shall dismiss the complaint WITH PREJUDICE." *Id.*

As of the date of this order, Plaintiff has not filed a Second Amended Complaint. Therefore, as the Court warned in its previous order, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                 Initials of Deputy Clerk: jcb
CIVIL-GEN